**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1025**

ELIJAH SHARP,

                    Plaintiff - Appellant,

      v.

ANTIOCH UNIVERSITY,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, Senior District Judge.  (2:10-cv-00214-JBF-TEM)

Submitted:  April 28, 2011          Decided:  May 3, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elijah Sharp, Appellant Pro Se. John Stephen Wilson, WILSON & MCINTYRE, PLLC, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elijah Sharp appeals the district court's order dismissing Sharp's complaint against the Appellee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sharp v. Antioch Univ., No. 2:10-cv-00214-JBF-TEM (E.D. Va. Nov. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED